IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLARA ROBINSON-SIMS, )
　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　)
v. ) CASE NO. CV417-144
　　　　　　　　　　　　)
NANCY A. BERRYHILL, )
　　　　　　　　　　　　)
　　　Acting Commissioner, )
　　　Social Security )
　　　Administration. )
　　　　　　　　　　　　)

## O R D E R

Before the Court is Defendant's Consent Motion for Entry of Judgment, which seeks reversal and remand pursuant to sentence 4 of 42 U.S.C. § 405(g). (Doc. 15.) Pursuant to sentence 4 of 42 U.S.C. § 405(g), this Court has the power in social security actions to enter a judgment affirming, modifying, or reversing the Commissioner's decision, and to remand the case to the Commissioner. Upon consideration of the motion and for good cause shown, the decision of the Administrative Law Judge ("ALJ") is **REVERSED** and this case is **REMANDED** to the Commissioner.

Upon remand, the ALJ is **DIRECTED** to offer Plaintiff the opportunity for a hearing, and consider whether Plaintiff's impairments meet or medically equal the requirements of Listing 3.02. If necessary, the ALJ shall obtain medical expert evidence to assist in assessing this Listing, evaluate Plaintiff's residual functional capacity, consider whether Plaintiff can

perform any of her past relevant work, and obtain supplemental vocational expert evidence. Following that hearing, the ALJ shall issue a new decision. Following remand, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of April 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA