# United States District Court
## Southern District of Georgia

CLARA ROBINSON-SIMS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-144

NANCY A. BERRYHILL

Acting Commissioner,
Social Security Administration.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order dated April 9, 2018, the decision of the Administrative Law Judge is REVERSED and this case is REMANDED to the Commissioner of the Social Security Administration. The Clerk of Court is directed to close this case.

April 9, 2018
Date

Scott L. Poff
Clerk

(By) Deputy Clerk