# United States District Court
## *Southern District of Georgia*

CLARA ROBINSON-SIMS,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: 4:17cv-144

NANCY A. BERRYHILL, Acting
Commissioner, Social Security
Administration,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated 3/27/19, judgment is entered in favor of the

plaintiff for attorney fees in the amount of $ 6,964.53.

March 28, 2019
*Date*

Scott L. Poff
*Clerk*

*James R. Burrell*

*(By) Deputy Clerk*